# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2022 OCT 25 PM 4: 55
JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

Civil Action No. _____

(To be supplied by the court)

Recently Oct. 25th request end, abuse,

_Melissa Diane Rodriguez-Jenum_, Plaintiff → Colorado State yes

v.

_Aflacc Congragation_,

_Christians Association._,

**Jury Trial requested:** or
(please check one)
✓ Yes ✓ No please
If no

_____,

_____, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

## COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A.   PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Melissa Diane Rodriguez -Senum
_____
(Name and complete mailing address)

218 -821 -4944
_____
(Telephone number and e-mail address)

## B.   DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:  AFLACC Organization
_____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 2:  _____
_____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 3:  _____
_____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 4:  _____
_____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

## C.    JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

✓    Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

*I have discoveredes that over all laws on our consittons Systematic ABUSE*

✓    Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of ___*Minnesota*___ .

If Defendant 1 is an individual, Defendant 1 is a citizen of ___ *USA    Minnesota    UNKNOWN* ___

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of ___*USA*___ (name of state or foreign nation).

Defendant 1 has its principal place of business in _____ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3

**D.     STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred; the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: ___History years of AN HoAx Crime Criminal across V/A violation___

Supporting facts:

Civil and constitutional Rights

Allow states As Resently Colorado to capitalize idlegal on a citizen continues sitution was no preventable therefore the elimination in being charged presents evidence of exclusion the exhange that I the Adult protecting the minor would acknowledge Government USA HAS names needed in this orgahization to change Criminally An Huge capitlalism allurred Illegall Tecnology to stain Glass windows and Trasmitters ect. used to pyscolothy ABSUE I and Childen minor Under 18 .

**E.    REQUEST FOR RELIEF.**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

*10,000. million*

**F.    PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*Melissa Diane Rodriguez - Senum*
(Plaintiff's signature)

*Oct. 25, 2022*
(Date)

(Revised February 2022)



"Freedom and Rights
- civil lawsuit against
- Governer Waltz and State
of Minnesota from 2018-2022

" Violation of these federal jobs
Exploiting an citizem of minor
met
through illegal devices to
Eliminate 2, 4, 5, 14, 22, 21
Capitalizing by utilizing systematic
Abuse across the united States
in an Amasty Hoax during my
family Right to freedom of Life
Liberty!





Would Like to Change
Aflee congecgaton on
providing an hoax throughout
Colorado that already permitted
Abuse and profit in minnesota
North Dakota and South Dakota
Preventing An citizen over
21 and an minor under 18
the years of 2020-2022 to
Survive Dyscologicul using an
transmitter and stain glass Glass
Window to teexment and terreionned
Victor Senum from the age 6-8
years old

⇒ Minor under 18
Mental abuse
Solication
Advertising

② Understand few members started this Ring of Abuse because Allowing all cristianally to Confirm as witness to Abuse Victor Senum, Government angel prevented an immediate shutdown on a minors Abuse due to unknown knowledge they did have this was an lack of appropriate Intervention Howerver their